IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DONALD W. BARBER**                                                                   **PLAINTIFF**

**v.**                                **CIVIL ACTION NO. 1:22-cv-00299-TBM-RPM**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**, *et al.*         **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED**, this the 23rd day of March, 2023.

                                                   **TAYLOR B. McNEEL**
                                           **UNITED STATES DISTRICT JUDGE**